IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHOUPIETE CASSEUS,
    Plaintiff,

vs.                              Case No.: 5:08cv378/SPM/EMT

N.B. GILO, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause filed pursuant to 42 U.S.C. § 1983 is before the court upon referral from the clerk. On April 1, 2011, the court rejected Plaintiff's third amended complaint due to his failure to comply with the court's instructions regarding amendment (*see* Doc. 55).  Plaintiff was given an additional fourteen (14) days in which to file an acceptable fourth amended complaint (*see id.*).  When Plaintiff failed to file a fourth amended complaint by the established deadline, the court on April 22, 2011, issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 57).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to respond.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 17th day of May 2011.

                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**