IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHOUPIETE CASSEUS,

       Plaintiff,

v.                              CASE NO. 5:08cv378-SPM/EMT

N.B. GILO, et al.,

       Defendants.

_____/

**ORDER**

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 59) dated May 17, 2011. Plaintiff was given an opportunity to file objections. No objections have been filed. I have determined that the Report and Recommendation should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Magistrate Judge's Report and Recommendation (doc. 59) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed without prejudice for Plaintiff's failure to

comply with an order of the Court.

DONE AND ORDERED this 16th day of June, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge